UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WILLIE STEWART, JR., | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No. 07-0197 (RCL) |
| UNITED STATES PAROLE COMMISSION, | ) | |
| Respondent. | ) | |

## ORDER

The government has opposed the petition for a writ of *habeas corpus*. Because consideration of the submission could dispose of the case, petitioner will be permitted to respond. The Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to [a] motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b). In accordance, this Court wishes to advise petitioner that he must respond to the government's previously filed opposition **within fourteen (14) days of the filing date of this Order**. If petitioner does not respond, the Court will treat the respondent's assertions as conceded and may summarily deny the petition and dismiss the case.

SO ORDERED.

_____s/_____
Royce C. Lamberth
United States District Judge

Date: March 26, 2007