## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIE STEWART, JR. | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-0197 (RCL) |
| | ) | |
| UNITED STATES PAROLE COMMISSION | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

## RESPONSE BY THE DISTRICT OF COLUMBIA

The District of Columbia Department of Corrections (hereinafter the "DOC") and

Warden William J. Smith, files this response to the petitioner's petition for a writ of habeas

corpus. Petitioner filed a *pro se* petition attacking the lawfulness of the actions of the United

States Parole Commission, (hereinafter the "USPC"). The Court's Order to show cause was

received in the Office of the Attorney General for the District of Columbia on April 6, 2007. As

directed by the Court, the District of Columbia, through counsel, respectfully submits this

response to the Court's Order to show cause why the writ of habeas corpus should not issue.

According to the petition, the petitioner was convicted in the United States District Court

on June 22, 1984 on charges of carrying a pistol without a license and possession with intent to

distribute a controlled substance – heroin; petitioner was sentenced for 2 to 6 years. (Pet. at ¶ 1-

4). Petitioner claims that while on parole he was arrested and taken to the D.C. Jail on

September 21, 2006 and was held at the D.C. Jail without the required hearing before the USPC.

(Pet. ¶ 12 (A-C).

As a legal and practical matter, the District of Columbia cannot provide a response to the

merits of the petition because the District of Columbia lacks authority over parole matters.

Through the National Capital Revitalization and Self-Government Improvements Act of 1997,

Pub. L. 105-33, D.C. Code sections 24-101 through 131 (2001 and 2006 Supp.) (hereinafter the "Act"), the United States Congress transferred responsibility for the imprisonment of District of Columbia felons from the District of Columbia to the Federal Bureau of Prisons ("FOP"), and transferred the parole authority for such felons from the D.C. Board of Parole to the USPC. *See Crawford v. Jackson*, 323 F.3d 123, 125-126 (D.C. Cir. 2003); *see also Gant v. Reilly*, 224 F.Supp.2d 26, 37 (D.D.C. 2002).   In accordance with the Act, the D.C. Board of Parole no longer exists, and the USPC has assumed all of its parole functions.  Thus, the District of Columbia has no authority to respond to the merits of a petition that alleges parole matters, but the District will abide by any lawful order of this Court with regard to the petitioner.  The real party in interest is the United States Attorney, representing the USPC, whose actions are at issue herein.  Thus, the District of Columbia defers to the Office of the United States Attorney on this matter.

In addition to the legal matters described above, according to records from the DOC, which are confirmed by the opposition filed by the Office of the United States Attorney, on January 18, 2007, subsequent to the filing of the petition, petitioner was released to the United States Marshals Service for transfer to a federal facility.  *See* Exhibit 1, DOC Records; Exhibit 2, BOP Inmate Locator.  Thus, the District of Columbia is no longer the custodian of the petitioner and therefore not the proper respondent.

Accordingly, this petition should be dismissed as to the District of Columbia.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Kimberly M. Johnson
KIMBERLY MATTHEWS JOHNSON [#435163]
Section Chief
General Litigation Section I

/s/ Lucy Pittman
LUCY PITTMAN [#483416]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
(202) 442-9891 (phone)
(202) 727-3625 (fax)
lucy.pittman@dc.gov


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 20, 2007, a copy of the foregoing response and proposed order was mailed postage prepaid to:

Willie Stewart, Jr.
Fed. Reg. No. 24880-037, DCDC # 161-764
FCI Ray Brook
Federal Correctional Institution
Ray Brook, NY  12977
*Petitioner*


/s/ Lucy Pittman
Lucy Pittman
Assistant Attorney General

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| WILLIE STEWART, JR. | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-0197 (RCL) |
| | ) | |
| UNITED STATES PAROLE COMMISSION | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

### <u>ORDER</u>

      Upon consideration of the District of Columbia's response to petitioner's petition for writ of habeas corpus and the record herein, it is hereby,

      ORDERED: that the Petition for the Writ of Habeas Corpus shall be denied as to the District of Columbia respondent; it is,

      FURTHER ORDERED: that the Court's Order to Show Cause shall be discharged as to the District of Columbia respondent.

      SO ORDERED, this _____ day of _____, 2007.


_____
Royce C. Lamberth
United States District Judge

Copies to:

    Lucy Pittman
    Assistant Attorney General
    441 4th Street, N.W.
    6th Floor South
    Washington, D.C. 20001

    Willie Stewart, Jr.
    Fed. Reg. No. 24880-037, DCDC # 161-764
    FCI Ray Brook
    Federal Correctional Institution
    Ray Brook, NY  12977

    Carolyn K. Kolben
    Assistant United States Attorney
    555 4th Street, N.W.
    Special Proceedings Division, Room 10-441
    Washington, D.C.  20530

# Exhibit 1



Offender Man...

File    Maintenance    Batch Processing    Accounting    Intake    Inventory    Inmate Inventory    Medical    Billing    Reports    Tracking    Reports    Zhelp

**Alerts:**                                                    SCROLL FOR MORE >>>

**Name** STEWART, WILLIE L          **Section** [    ]    **Block** [    ]

                                    **Cell** [    ]    **Bed** [    ]    **Location** 12

| Birth | Sex | Race | Release | Admt Type | SS# | Booking# | DCDC# | Booked Date | Classification |
|-------|-----|------|---------|-----------|-----|----------|-------|-------------|----------------|
| 09/26/1946 | M | B | 01/18/2007 | 69 | - - | 2006-13128 | 161764 | 09/21/2006 | Sentenced Medium |

**Release Verification Information**

Release Shift 2

Date and Time of Release 01/18/2007 10:29

Release Officer# FLOYD, ALLISON

Days Served this Sentence 120

**Release Information**

Releasing Authority FBOP

Release Type RELEASE TO US MARSHAL

Released in Custody of U.S. MARSHAL SERVICE

Parole Violation [        ]

Sentence Description [        ]

Death Date 00/00/0000

**Release Identity Check Information**

NCIC Check Done [    ]

NCIC Check Result [    ]

Fingerprint Verified [    ]

Print Screen...

Print FSRx    Calc Temp Days    Abort

Cmmsry H
Commissa
Ctgry Lmt
Detainers
Drugs
Education
Employme
Grievance
Housing
ID#'s
Incidents
Mail Log
Medical
Med Visits
Miscnduc
Physical
Phone Lo
Property
Questions
QTY Rest
**Release**
$Rstrctio

# Exhibit 2

Federal Bureau of Prisons

FEDERAL
BUREAU OF PRISONS
www.bop.gov

AN AGENCY OF THE
U.S. DEPARTMENT OF JUSTICE

HOME

ABOUT | INMATE LOCATOR | PRISON FACILITIES | CAREERS | INMATE MATTERS | POLICY FORMS | DOING BUSINESS | NEWS INFORMATION

Site Map

## Inmate Locator

Inmate
Locator

**Locate a Federal Inmate**
(includes all inmates from 1982 to present)

* Inmate Locator
* Visiting - General Info
  - Visiting Hours
  - Who Can Visit?
  - Background Checks
  - Business Visits
  - Special Circumstances
  - Visiting Room Procedures
  - Conjugal Visits
* Locate Inmates Released Before 1982
* Who is a "Federal" Inmate?

🖶 Printer Friendly Version

**Related Documents**
(PDF format in new window)

* Admission & Orientation Program
* Inmate Legal Activities Policy
* Release of Information Policy
* Telephone Regulations
* Victim & Witness Notification Program
* Visiting Regulations
* Visitor Information Form

| | Name | Register Number | Age | Race | Sex | Release Date Actual / Projected | Location |
|---|---|---|---|---|---|---|---|
| 1. | WILLIE L STEWART | 24880-037 | 60 | Black | M | 05-27-2009 | RAY BROOK FCI |

**ID Search Criteria:** Inmate Register Number 24880-037

Results 1 - 1 of 1

🔍 New Search    ❓ FAQs    🔒 Privacy

Home | About | Inmate Locator | Prison Facilities | Careers
Inmate Matters | Policy / Forms | Doing Business | News / Information

Accessibility | Browser Requirements | Disclaimer | Privacy Policy | Search | Site Map